# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARON DEVANTE CHRISTY,

    Defendant.

Case No. 2:20-cr-00293-APG-NJK

**ORDER OF DISMISSAL OF THE INDICTMENT WITHOUT PREJUDICE**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the Acting United States Attorney for the District of Nevada hereby dismisses without prejudice the charge brought against defendant CHARON DEVANTE CHRISTY contained in the Indictment in case number 2:20-cr-00293-APG-NJK.

    Respectfully submitted,
    CHRISTOPHER CHIOU
    Acting United States Attorney

    */s/ Brett Ruff*
    BRETT RUFF
    Assistant United States Attorney

Leave of the Court is granted for the filing of the foregoing dismissal of the charge brought against defendant CHARON DEVANTE CHRISTY contained in the Indictment in case number 2:20-cr-00293-APG-NJK.

DATED this 7th day of May 2021.

    _____
    HONORABLE ANDREW P. GORDON
    UNITED STATES DISTRICT JUDGE